UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH PEREIRA and LILIAN M. PEREIRA,<br><br>Plaintiffs,<br><br>vs.<br><br>LENDMARK FINANCIAL SERVICES, LLC;<br><br>DRAPER WOLDSETH, PLLC; and JAMES DRAPER, an individual, and<br><br>JOHN DOES 1-10,<br><br>Defendants. | No. 2:19−cv−01154−RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS LENDMARK FINANCIAL SERVICES, LLC; DRAPER WOLDSETH, PLLC; AND JAMES DRAPER |

Plaintiffs KEITH PEREIRA and LILIAN M. PEREIRA, through their undersigned counsel, and Defendants LENDMARK FINANCIAL SERVICES, LLC; DRAPER WOLDSETH, PLLC; and JAMES DRAPER, by and through their counsels, hereby stipulate and agree under Federal Rule of Civil Procedure 41(1)(A)(ii) that the matter between Plaintiffs and Defendants has been settled and should be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED this 13th day of January, 2020

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE BETWEEN PLAINTIFFS AND
DEFENDANTS LENDMARK FINANCIAL
SERVICES, LLC; DRAPER WOLDSETH, PLLC;
AND JAMES DRAPER - 1

LAW OFFICE OF
BORIS DAVIDOVSKIY, P.C.
ATTORNEY & COUNSELOR
6100 219th Street SW, Suite 480   T: 425.582.5200
Mountlake Terrace, WA 98043   F: 425.582.2222

BORIS DAVIDOVSKIY, P.C.

By: s/ Boris Davidovskiy
    Boris Davidovskiy, WSBA No. 50593
    Attorney for Plaintiffs

    6100 219th Street SW, Suite 480
    Mountlake Terrace, WA 98043
    (425) 582-5200
    boris@davidovskiylaw.com

SIMBURG, KETTER, SHEPPARD & PURDY

By: /s/ Andrew D. Shafer
    Andrew D. Shafer, WSBA No. 9405
    Attorney for Defendant Lendmark Financial
    Services, Inc.
    ashafer@sksp.com

    999 3rd Ave Ste 2525
    Seattle, WA 98104-4089
    Telephone: (206) 382-2600
    Facsimile: (206) 223-3929

LEE SMART P.S. INC.

By: /s/ Dan Mooney
    Dan Mooney, WSBA No. 44521
    Attorney for Defendant Draper Woldseth,
    PLLC and James Draper
    dcm@leesmart.com

By: /s/ Jeffrey P. Downer
    Jeffrey P. Downer, WSBA No. 12625
    Attorney for Defendant Draper Woldseth,
    PLLC and James Draper
    jpd@leesmart.com

    701 Pike St Ste 1800
    Seattle, WA 98101-3929
    Telephone: (206) 624-7990
    Facsimile: (206) 624-5944

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS LENDMARK FINANCIAL SERVICES, LLC; DRAPER WOLDSETH, PLLC; AND JAMES DRAPER - 2



LAW OFFICE OF
BORIS DAVIDOVSKIY, P.C.
ATTORNEY & COUNSELOR
6100 219th Street SW, Suite 480  T: 425.582.5200
Mountlake Terrace, WA 98043  F: 425.582.2222

1     IT IS SO ORDERED this 16th day of January 2020.

                                             RICARDO S. MARTINEZ
                                             CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS LENDMARK FINANCIAL SERVICES, LLC; DRAPER WOLDSETH, PLLC; AND JAMES DRAPER - 3

LAW OFFICE OF
BORIS DAVIDOVSKIY, P.C.
ATTORNEY & COUNSELOR
6100 219th Street SW, Suite 480  T: 425.582.5200
Mountlake Terrace, WA 98043  F: 425.582.2222